# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 17 B 30752 |
|---|---|
| Allan D Goldfarb | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 01/09/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Addison Police Department | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Adventist Bolingbrook Hospital | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Alonzo H. Zahour | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| American Info Source LP | Unsecured | 2,996.00 | NA | NA | 0.00 | 0.00 |
| American Marketing and Publishing | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris P.C. | Unsecured | 26,741.00 | NA | NA | 0.00 | 0.00 |
| Associates Pathologists of Joliet | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 180.57 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 2,027.61 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| City of Lockport | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cnac - IL Glendale Heights | Unsecured | 8,977.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 816.65 | NA | NA | 0.00 | 0.00 |
| Convergent Outsoucing, Inc | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 475.29 | NA | NA | 0.00 | 0.00 |
| Dex | Unsecured | 441.31 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 156.44 | NA | NA | 0.00 | 0.00 |
| Diversified Consultant | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultant | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| DSS White LLC | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| ERC/Enhanced Recovery Corp | Unsecured | 769.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| FMC - Omaha Service | Unsecured | 1,442.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service Inc. | Unsecured | 259.31 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| LNNV Funding | Unsecured | 2,834.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Merchants Credit Guide | Unsecured | 2,216.00 | NA | NA | 0.00 | 0.00 |
| Mid-America Management | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Okinus, Inc. | Unsecured | 1,414.00 | NA | NA | 0.00 | 0.00 |
| OSI Collect | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| People Gas | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| Prairie Emergency Services | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Provena Saint Joseph Medical Center | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| Rauch-Milliken International | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 2,477.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Sterling Estate | Unsecured | 3,368.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| Yellow Pages | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Yellow Pages Resources | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/27/2018               By: /s/ Marilyn O. Marshall
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.